No. 315.   UNITED STATES EX REL. ROBINSON *v.* JOHNSTON, WARDEN.   On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit.   June 8, 1942.   *Per Curiam:* The motion for leave to file a second petition for rehearing is granted.   The second petition for rehearing is granted.   The order denying certiorari, 314 U. S. 675, is vacated, and the petition for writ of certiorari is granted.   The motion for leave to proceed *in forma pauperis* is also granted.   In view of the conflict of views which has arisen among the judges of the Ninth Circuit with respect to the decision in this case (see *Robinson* v. *Johnston,* 118 F. 2d 998, 1001, and *Crockett* v. *United States,* 125 F. 2d 547, 548, 549), and in view of this Court's decision in *Waley* v. *Johnston, ante,* p. 101, re-

versing 124 F. 2d 587, the judgment is vacated, and the case is remanded to the Circuit Court of Appeals for further proceedings, including leave to petitioner to apply for a hearing before the court *en banc.* See *Textile Mills Corp.* v. *Commissioner,* 314 U. S. 326. *Thomas Henry Robinson, Jr., pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.

No. —. WOLD *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. June 8, 1942. Application denied.